# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. SONIA WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 13-CV-103-TCK-TLW |
| | )  HONORABLE TERRENCE KERN |
| | ) |
| 1. SOUTHCREST, L.L.C., | ) |
| d/b/a Southcrest Hospital | ) |
| a domestic limited liability company, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW, David E. Strecker, of the law firm Strecker & Associates, P.C., and hereby submits his Entry of Appearance as counsel for Defendant in the above-captioned matter.

Respectfully Submitted,

**STRECKER & ASSOCIATES, P.C.**

*/s/ David E. Strecker*

David E. Strecker, OBA # 8687
Jessica C. Ridenour, OBA # 20758
Sean W. Kilian, OBA # 31117
2150 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103-4009
Telephone:  (918) 582-1716
Facsimile:   (918) 582-1780

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 27th day of February 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    N. Grant Jackson, OBA # 31104
    SMOLEN, SMOLEN & ROYTMAN, P.L.L.C.
    701 S. Cincinnati Ave.
    Tulsa, OK 74119
    Phone: (918) 585-2667
    Fax:  (918) 585-2669

    **ATTORNEY FOR PLAINTIFF**

      */s/ David E. Strecker*

      David E. Strecker