# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Sonia Walker,

                        Plaintiff(s),

vs.                                                     Case Number: 13-cv-103-TCK-TLW

Southcrest, LLC, Et al.,

                        Defendant(s).

### SCHEDULING ORDER

| | | |
|---|---|---|
| 1. | 11/29/2013 | Discovery Deadline |
| 2. | 5/28/2013 | Motions to Join or Amend |
| 3. | 9/30/2013 | Witness Lists and Proposed Exhibits * |
| 4. | 10/30/2013 | Expert Identification and Reports under FRCP 26(a)(2) * |
| 5. | 12/13/2013 | Dispositive Motions and Daubert Motions |
| 6. | 1/24/2014 | Motions in Limine |
| 7. | 1/24/2014 | Deposition Designations (Filed with deponent name, page and line designation) Videotape/Interrogatory Designations * |
| 8. | 2/10/2014 | Counter-Designations (Filed with deponent name, page and line designation) |
| 9. | 3/10/2014 | Pretrial Disclosures under FRCP 26(a)(3) |
| 10. | 2/21/2014 | Transcripts Annotated with Objections ** (Submit in hard copy to the Court) |
| 11. | 2/24/2014 | Pretrial Order, including Final Witness and Exhibit Lists and Objections |
| 12. | 4/14/2014 | Jury Instructions, Voir Dire, Trial Briefs |
| 13. | N/A | Proposed Findings of Fact and Conclusion of Law, Trial Briefs |
| 14. | 3/12/2014 | Pretrial Conference at 11:00 a.m. |
| 15. | 4/21/2014 | Trial Date: [x ] Jury at 9:30 a.m.          [ ] Non-Jury at 9:30 a.m. |
| 16. | | Settlement Conference requested after 12/1/2013. |

* These items are not to be filed of record but are only to be exchanged between counsel.
** Attorney meeting to resolve objections is required before filing objections. *See* LcvR 30.1©.

This Order is entered this 30th day of April, 2013.

_Terence Kern_
_____
Terence Kern, U.S. District Judge